*J. F. Golightly, Gus Russell,* and *J. C. Newsome,* contra.

---

LISENBY *et al* v. CITIZENS BANK OF OCILLA.

PER CURIAM. Under the evidence, which was conflicting, the judge did not abuse his discretion in appointing a receiver, and in granting an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 254. FEBRUARY 12, 1918. REHEARING DENIED FEBRUARY 25, 1918.

Injunction and receivership. Before Judge Crum. Irwin superior court. March 9, 1917.

*Rogers & Rogers* and *Philip Newbern,* for plaintiffs in error. *Quincey & Rice* and *Little, Powell, Smith & Goldstein,* contra.